# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BUFFALO INC.,<br><br>　　　　　　　Defendant. | Case No. 6:20-cv-01009-ADA |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss. The Court is of the opinion that the Parties' Joint Motion to Dismiss should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted by Plaintiff in the above-styled case are dismissed with prejudice. It is further **ORDERED** that each party be taxed its own costs of court, and the Clerk of Court is directed to close the above case.

SIGNED this 13th day of September, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE